**IN THE UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **RANDALL SANDERS,** | ) | |
| | ) | |
| **Petitioner,** | ) | |
| | ) | |
| **v.** | ) | **No. CIV-26-1910-HE** |
| | ) | |
| **KELLI DAVIS,** | ) | |
| | ) | |
| **Respondent.** | ) | |

## REPORT AND RECOMMENDATION

Petitioner, a state inmate appearing pro se, has filed applications for leave to proceed in forma pauperis (IFP). Docs. 6, 8. The Court referred this habeas corpus matter to the undersigned Magistrate Judge for initial proceedings consistent with 28 U.S.C. § 636(b)(1)(B), (C). Doc. 3. Having reviewed the applications, the undersigned finds that Petitioner has sufficient funds to prepay the $5.00 filing fee. *See* 28 U.S.C. § 1914(a) ("[O]n application for writ of habeas corpus the filing fee shall be $5.").

Petitioner's institutional account statement reflects a balance of $42.58. *See* Doc. 8, at 3-4. So he does not qualify for authorization to proceed without prepayment of the filing fee. The undersigned therefore recommends the Court deny Petitioner's applications and order him to prepay the full $5.00 filing fee for this action to proceed. 28 U.S.C. § 1914(a); *see also* LCvR3.3(d). The undersigned further recommends that the Court dismiss this action without

prejudice to refiling unless Petitioner pays the filing fee in full to the Clerk of the Court within twenty-one (21) days of any order adopting this Report and Recommendation. *See* LCvR3.3(e).

The undersigned advises Petitioner that he may file an objection to this Report and Recommendation with the Clerk of this Court by September 23, 2026. The undersigned further advises Petitioner that failure to timely object to this Report and Recommendation waives the right to appellate review of both factual and legal issues contained herein. *Moore v. United States*, 950 F. 2d 656, 659 (10th Cir. 1991).

This Report and Recommendation disposes of all issues referred to the undersigned Magistrate Judge in this matter.

**ENTERED** this 2nd day of September, 2026.

SUZANNE MITCHELL
UNITED STATES MAGISTRATE JUDGE